FILED
Charlotte, NC

APR 1 9 2022

Clerk, US District Court
Western District NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.:3:22-cr-97-MOC |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | INDICTMENT |
| | ) | |
| DEJAWN JERMAINE KING | ) | |

UPON MOTION of the United States of America, by and through Dena King, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order and Indictment be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 19th day of April 2022.

_____
UNITED STATES MAGISTRATE JUDGE